## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **UMB BANK, N.A.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 18-590** |
| | ) | |
| **MICHAEL LERNER** | ) | |
| **Address for service:** | ) | |
| **6501 West 106th Street** | ) | |
| **Overland Park, Kansas 66212** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

Plaintiff UMB Bank, N.A. ("UMB") brings this Complaint to enforce a personal guaranty executed by Defendant Michael Lerner ("Lerner") to guaranty loans made by King Louie America, L.C. (the "Borrower"). In support of its Complaint, UMB states and alleges as follows:

## JURISDICTION AND VENUE

1.      Jurisdiction in this Court is based upon 28 U.S.C. § 1332(a) in that the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

2.      Venue and personal jurisdiction are proper in this District and division pursuant to Fed. R. Civ. P. 4(k)(1)(A), Mo. Rev. Stat. § 506.500, Local Rule 3.2(b)(3), and 28 U.S.C. § 1391(b)(2), because the contract at issue was made in this District, because UMB resides in this division, because a substantial part of the events or omissions giving rise to UMB's claims occurred in this District, and because Lerner voluntarily submitted to personal jurisdiction and venue in this District.

11972187.4

3.    UMB is a national banking association with its headquarters in Kansas City, Missouri.

4.    Lerner is an individual who, upon information and belief, resides at 6501 West 106th Street, Overland Park, Kansas 66212,

## GENERAL ALLEGATIONS

**A.    The Loan Documents**

5.    UMB made two separate loans to the Borrower.  First, the Borrower executed and delivered to UMB that certain Promissory Note dated December 30, 2014 in the original principal amount of $450,000.00 (the "First Note").  The First Note is attached hereto as **Exhibit A**.

6.    To secure repayment of the First Note, Borrower executed that certain Commercial Security Agreement dated December 30, 2014 (the "Security Agreement") providing UMB a security interest in all inventory, chattel paper, accounts equipment and general intangibles and all proceeds thereof.

7.    To further secure repayment of the First Note, the Borrower executed that certain Mortgage dated December 30, 2014 (the "Mortgage") granting UMB a security interest in the real property commonly known as 138 East 12th St. & 2700 Roberts Rd., Baxter Springs, KS 66713.

8.    Second, UMB and the Borrower entered into that certain Business Loan Agreement (Asset Based) dated April 30, 2017 (as amended from time to time, the "Revolving Loan Agreement"), whereby UMB extended to Borrower a revolving line of credit facility in the original principal amount of $1,000,000.00.  The Revolving Loan Agreement is evidenced by a

Promissory Note dated April 30, 2017 (the "Second Note").  The Second Note is attached hereto as **Exhibit B**.

### B. The Guaranty

9.     Lerner, in his individual capacity, executed a Commercial Guaranty dated April 30, 2017 to guaranty repayment of the First Note and all subsequent obligations owed by the Borrower to UMB (the "Guaranty").  A true and correct copy of the Guaranty is attached hereto as **Exhibit C**.

10.    UMB is the current holder of the First Note, the Second Note, the Revolving Loan Agreement, and the Guaranty described above (collectively, the "Loan Documents").

### C. The Default

11.    Borrower and Lerner are currently indebted and obligated to UMB, jointly and severally, pursuant to the terms of the Loan Documents.

12.    UMB made demand on Borrower on April 23, 2019, based on prior defaults.  A true and correct copy of UMB's correspondence is attached hereto as **Exhibit D**.

13.    The amounts due pursuant to the Loan Documents as of April 23, 2019 were $626,463.95.  Interest, costs, and fees continue to accrue daily (in total, the "Indebtedness").

14.    Borrower is also in default under the Loan Documents for failing to pay the Second Note upon maturity.  The Second Note matured on April 30, 2018.

15.    The terms of the First Note and the Second Note provide that default under one Note is an event of default under the other.

16.    To date, Lerner has failed to make any payment due under the Loan Documents, or otherwise satisfy his obligations under the Guaranty.

# COUNT I
## BREACH OF CONTRACT

17.     UMB hereby realleges and incorporates by reference the allegations contained in the foregoing paragraphs as if set forth fully herein.

18.     Under the terms of the Guaranty, Lerner absolutely and unconditionally guaranteed full and punctual payment and satisfaction of Borrower's indebtedness to UMB, and the performance and discharge of all of the Borrower's obligations under the Loan Documents.

19.     Lerner has failed and refused to pay UMB the amounts due and owing upon UMB's demand.

20.     By failing to pay the full amount due and owing to UMB, Lerner has breached his obligations under the Guaranty.

21.     As a direct result of Lerner's breach of his Guaranty, UMB has been damaged in the amount of $626,463.95, as of April 23, 2018, plus all late fees, interest, costs, and fees accrued , plus such late fees, interest, costs, and fees that shall continue to accrue until UMB is paid in full.

22.     UMB has had to hire counsel to pursue its claims against Lerner.  Therefore, to the extent allowable under applicable law and the Loan Documents, UMB also requests allowance and/or reimbursement of the legal costs and fees it has and will incur with respect to the pursuit of its claims against Lerner.

WHEREFORE, UMB respectfully requests that UMB be awarded judgment against Lerner, for its damages in an amount not less than the amount of the Indebtedness, plus pre- and post-judgment interest at the maximum rate allowed by law, reasonable and necessary attorneys' fees, court costs, and all other relief, both general and special, at law or in equity, to which UMB is entitled.

11972187.4

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/  *William Easley*
  Michelle M. Masoner, MO # 49445
  William J. Easley, MO #70041
  1200 Main Street, Suite 3800
  Kansas City, Missouri 64105
  Telephone: (816) 374-3200
  Facsimile:  (816) 374-3300
  michelle.masoner@bclplaw.com
  william.easley@bclplaw.com

ATTORNEYS FOR PLAINTIFF